**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FILED WITH THE
COURT SECURITY OFFICER
CSO:
DATE:

|  |  |  |
|---|---|---|
| SHARQAWI ABDU ALI AL-HAJJ (ISN 1457), | ) ) ) ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Civil No. 09-745 (RCL) |
| BARACK OBAMA, *et al.*, | ) ) ) | |
| Respondents. | ) ) | |

## ORDER

Upon consideration of petitioner's Motion [1472] to Strike Statements in the Factual Return, respondents' opposition, the reply thereto, and the applicable law, it is for the reasons stated in the accompanying Memorandum Opinion hereby

ORDERED that petitioner's motion is DENIED IN PART with respect to any statements petitioner made while in custody in Pakistan; and it is furthermore

ORDERED that petitioner's motion is GRANTED IN PART with respect to any statements petitioner made while in custody at Bagram Air Force Base; and it is furthermore

ORDERED that petitioner's motion is GRANTED IN PART with respect to any statements petitioner made while in custody at Guantanamo Bay; and it is furthermore

ORDERED that respondents shall file an amended factual return within 30 days of this Order; and it is furthermore

ORDERED that respondents shall file an unclassified factual return within 14 days of the date on which respondents are to file an amended factual return; and it is furthermore

ORDERED that respondents shall file notice under Section I.D.1 of Judge Hogan's Case Management Order (Misc. No. 08-442) within 14 days of the date on which respondents are to file an amended factual return; and it is furthermore

ORDERED that petitioner shall file a traverse within 14 days of the date on which respondents file notice under Section I.D.1.

**SO ORDERED.**

_5/23/11_
DATE

ROYCE C. LAMBERTH
CHIEF JUDGE